PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Jamie Lynne Hall             Docket No. 0650 3:14CR00040 - 1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Paul Montgomery, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jamie Lynne Hall who was placed under pretrial release supervision by the Honorable John S. Bryant sitting in the Court at **Nashville, Tennessee**, on February 07, 2014, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Paul Montgomery /s/ Paul Montgomery | Nashville, TN | September 18, 2014 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

| Next Scheduled Court Event | Trial | December 9, 2014 |
|---|---|---|
| | Event | Date |

## PETITIONING THE COURT

☐ No Action                         ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                ☐ Other

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☒ A Hearing on the Petition is set for

October 1, 2014        1:30 P.M.
Date                   Time

Considered and ordered this 19th day of September, 2014, and ordered filed and made a part of the records in the above case.

/s/ John Bryant
Honorable John Bryant
U.S. Magistrate Judge

The Honorable John S. Bryant
U.S. Magistrate Judge
Petition for Action
Re: Hall, Jamie Lynn
3:14-00040-01
September 18, 2014

On February 5, 2014, Defendant Jamie Lynn Hall appeared before Your Honor for an Initial Appearance. The defendant was named in a criminal complaint charging her with violating 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute Methamphetamine. A detention hearing was held on February 7, 2014, at which the defendant was Ordered Released on pretrial services supervision with conditions. Ms. Hall has been supervised in the Western District of Kentucky by U.S. Probation Officer (USPO) Amanda Mabson-Payton.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Alleged Violations:**

**Special Condition (5): The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a medical practitioner:**

USPO Mabson reports that on February 20, 2014, the defendant submitted a drug screen which was positive for methamphetamine and amphetamine. Ms. Hall admitted to the probation officer she had used methamphetamine earlier in the week prior to submitting the drug screen. According to USPO Mabson, the defendant submits three drug screens per month and this is the only positive screen submitted.

**Special Condition (6): The defendant shall participate in a program of mental health treatment at the direction of the Pretrial Services Officer:**

According to USPO Mabson, the defendant was discharged from Better Alternatives, Louisville, Kentucky, on May 20, 2014, due to her failure to attend the required weekly meetings.

The defendant also had a mental health assessment and counseling session at Shelton Counseling, Louisville, Kentucky, on June 11, 2014, but the defendant has not continued with these counseling sessions.

Petition for Action
Re: Hall, Jamie Lynn
3:14-00040-01
September 18, 2014

**Special Condition (8): The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling deemed appropriate by the Pretrial Services Officer:**

On March 4, 2014, the defendant was placed in outpatient substance abuse treatment at Jefferson Alcohol and Drug Abuse Center (JADAC) in Louisville, Kentucky. She is required to attend two individual counseling sessions per month. According to Officer Mabson, the defendant failed to attend treatment on May 30, 2014; June 27, 2014; and August 29, 2014. Additionally, she failed to schedule an appointment for the month of July 2014, and therefore was not seen for any treatment that month. According to USPO Mabson, the defendant has been directed on numerous occasions to keep all appointments with her drug counselor. She did not provide a reason to USPO Mabson as to why she failed to schedule an appointment for July.

Summary: The supervising officer reported that the defendant has been admonished for the alleged violations and directed to comply with the conditions of her bond. Although USPO Mabson has requested that this officer seek a warrant based on the alleged violations, this officer is requesting that the Court schedule a show cause hearing to allow the defendant to appear before Your Honor to address the alleged violations.

**Respectfully Petitioning the Court as Follows:**

It is respectfully recommended that a show cause hearing be scheduled to allow the defendant an opportunity to explain her conduct regarding the alleged violations. Assistant U.S. Attorney Louis A. Crisostomo has been informed of the above alleged violations and agrees with the recommendation for a show cause hearing.

Approved by: _[signature]_
Vidette Putman
Supervisory U.S. Probation Officer

xc:
AUSA Louis A. Crisostomo
Attorney for the Defendant, Caryll S. Alpert, AFPD

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 14-4005 JSB |
| Jamie Lynne Hall ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____to be notified_____
*Place*

_____ on _____
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(  ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:

Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
*Custodian or Proxy*            *Date*

### The defendant shall:

1. Report to Pretrial Services as directed.

2. Maintain or actively seek verifiable employment.

3. Travel is restricted to the Middle District of Tennessee and the Western District of Kentucky unless approved in advance by Pretrial Services.

4. Not possess any firearms, ammunition, or other destructive device

5. Refrain from excessive use of alcohol. Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a medical practitioner.

6. Participate in a program of mental health treatment at the direction of the Pretrial Service Officer.

7. Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or any other form of prohibited substance screening or testing.

8. Participate in a program of inpatient or outpatient substance abuse therapy and counseling deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house.

9. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing, which is required as a condition of release.

10. Report as soon as possible, within 48 hours, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

11. Permit a Pretrial Services Officer to visit him at home or elsewhere and permit confiscation of any contraband observed in plain view.

12. Shall be placed on home detention with electronic monitoring. While on home detention, the defendant shall be restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney's visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Jamie Hall*
*Defendant's Signature*

*Louisville Ky*
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: February 7, 2014

*John Bryant*
*Judicial Officer's Signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION: COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL